# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REBECCA HIRSCH, PRASANNA RAMAKRISHNAN, AMANDA CARLTON, and MICHELE O'DELL** on behalf of themselves and all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>**BSH HOME APPLIANCES CORPORATION d/b/a BOSCH,**<br><br>             Defendant. | CIVIL ACTION NO.: 8:21-cv-01355-CJC-DFM |

## PLAINTIFFS' NOTICE OF FILING OF WAIVER OF SERVICE OF SUMMONS

Plaintiffs Rebecca Hirsch, Prasanna Ramakrishnan, Amanda Carlton, and Michele O'Dell hereby provide notice that the Waiver of the Service of Summons is filed herewith.

Dated: November 9, 2021

Respectfully submitted,

*/s/ Harper T. Segui*
Harper T. Segui
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP**
825 Lowcountry Blvd., Suite 101
Mount Pleasant, SC 29464
T: 919-600-5000
hsegui@milberg.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that today the foregoing document was filed on ECF which will send electronic notification to all attorneys registered for ECF-filing.

Dated: November 9, 2021

/s/ Harper T. Segui
Harper T. Segui
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP**
825 Lowcountry Blvd., Suite 101
Mount Pleasant, SC 29464
T: 919-600-5000
hsegui@milberg.com

*Attorney for Plaintiff*