Harper T. Segui
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
825 Lowcountry Blvd., Suite 101
Mount Pleasant, SC 29464
T: 919-600-5000
hsegui@milberg.com
*Attorneys for Plaintiffs and Putative Class*

M. Ray Hartman III, Bar No. 211205
RHartman@perkinscoie.com
**PERKINS COIE LLP**
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Tel.: 858.720.5700
Fax: 858.720.5799
*[additional attorneys listed below signature block]*

*Attorneys for Defendant*
*BSS Home Appliances Corporation*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA HIRSCH, PRASANNA RAMAKRISHNAN, AMANDA CARLTON, and MICHELE O'DELL, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BSH HOME APPLIANCES CORPORATION d/b/a BOSCH,<br><br>Defendant. | Case No. 8:21-cv-01355<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Rebecca Hirsch, Prasanna Ramakrishnan, Amanda Carlton, and Michele O'Dell ("Plaintiffs") and Defendant BSH Home Appliances Corporation ("Defendant" or "Bosch"), through their respective counsel, hereby stipulate to the dismissal of this case, without prejudice.

Dated: April 3, 2023

| | |
|---|---|
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC** | **PERKINS COIE LLP** |
| By: */s/ Harper T. Segui* | By: */s/ M. Ray Hartman III* |
| Harper T. Segui<br>825 Lowcountry Blvd., Suite 101<br>Mount Pleasant, SC 29464<br>T: 919-600-5000<br>hsegui@milberg.com | M. Ray Hartman III, SBN 211205<br>RHartman@perkinscoie.com<br>**PERKINS COIE LLP**<br>11452 El Camino Real, Suite 300<br>San Diego, CA 92130-2080<br>Tel.: 858.720.5700 |
| Alex Straus (SBN 321366)<br>280 South Beverly Dr., Penthouse Ste.<br>Beverly Hills, CA 90212<br>T: 917-471-1894<br>astraus@milberg.com | Christopher M. Ledford, SBN 255902<br>CLedford@perkinscoie.com<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Tel.: 206.359.8000 |
| *Attorneys for Plaintiffs and Putative Class* | Jasmine W. Wetherell, SBN 288835<br>JWetherell@perkinscoie.com<br>**PERKINS COIE LLP**<br>1888 Century Pk. E., Ste. 1700<br>Los Angeles, CA 90067-1721<br>Tel.: 310.788.9900 |
| | *Attorneys for BSH HOME APPLIANCES CORPORATION D/B/A/ BOSCH* |

**ECF ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 3, 2023                                  By: /s Harper T. Segui